**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| ALISON O'DONNELL ) | CASE NO. 18-3397 |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNIVERSITY HOSPITALS ) | |
| CLEVELAND, *et al.*, ) | |
| ) | |
| Appellees. ) | |

**APPELLEES' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR APPELLATE BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(B) and Sixth Circuit Court of Appeals Local Rule 26, Appellees University Hospitals Cleveland Medical Center (misnamed in the Appeal as University Hospitals Cleveland), Dr. Naveen Uli, Dr. Sumana Narasimhan, and Dr. Rose Gubitosi-Klug (collectively, "Appellees"), by and through counsel, respectfully request a fourteen (14) day extension, through August 9, 2018, to file its Principal Brief in this matter. Due to a pre-planned vacation and pressing matters in unrelated cases, counsel for Appellees have not yet had the opportunity to begin preparing Appellees' Principal Brief in this matter. Counsel for Appellant has indicated he does not oppose this Motion, and this request is not made for purposes of delay, but rather to allow Appellees time to complete and review their Principal Brief. Appellees have not sought any other extensions of time in this case. Accordingly, because good cause exists, Appellees respectfully request that their extension be granted.

Respectfully submitted,

*/s/ Donald G. Slezak*
David A. Campbell (0066494)
Donald G. Slezak (0092422)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
200 Public Square, Suite 1400
Cleveland, OH  44114
Telephone:  216-479-6100
Facsimile:    216-479-6060
Email:    dacampbell@vorys.com
              dgslezak@vorys.com

*Attorneys for Appellees*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed electronically on this 18th day of July, 2018. Notice of this filing will be sent to all parties, when applicable, by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system. If parties will not receive notice via the Court's electronic filing system, a true and correct copy of the foregoing will be served via regular United States Mail, postage prepaid, upon the following:

Fred M. Bean, Esq.
Brian D. Spitz, Esq.
**THE SPITZ LAW FIRM, LLC**
25200 Chagrin Boulevard, Suite 200
Beachwood, OH  44122
Fred.Bean@SpitzLawFirm.com

        */s/ Donald G. Slezak*
        Donald G. Slezak (0092422)
        **VORYS, SATER, SEYMOUR AND PEASE LLP**